JAMES M. ALTIERI James.altieri@dbr.com
DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: (212) 248-3140
Facsimile: (212) 248-3141

BETH O. ARNESE (SBN #241186)
beth.arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISCOVER GROUP, INC., a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No. 12-cv-4077 (EJD)<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING STIPULATION TO
CONTINUE INITIAL CMC
SF01/ 869801.1

CASE NO. 12-CV-4077 (EJD)

For good cause shown and based upon the stipulation of the Parties, the Court hereby orders that the the Initial Case Management Conference presently set for January 18, 2013 at 10:00 a.m. shall be rescheduled to February 1, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated: 1/9/2013

Honorable Edward J. Davila
United States District Judge

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CMC
SF01/ 869801.1

- 2 -

CASE NO. 12-CV-4077 (EJD)