UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISCOVER GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No.  12-cv-04077-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/07/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Hearing on Motions in Limine | 09/04/2014 at 2:30 PM |
| Final Pretrial Conference | 09/04/2014 at 2:30 PM |
| Trial | 09/22/2014 at 9:00 AM |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT parties are to meet with Mr. Fisher for further mediation session to be held by 06/30/2014.

IT IS FURTHER ORDERED THAT telephonic appearance at the further mediation session may occur without further approval of the court.

Dated:  May 09, 2014

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California