UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISCOVER GROUP, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　Defendant. | Case No.　12-cv-04077-BLF<br><br>**ORDER CONTINUING DEADLINE TO FILE JOINT PRE-TRIAL STATEMENT; CONTINUING FINAL PRE-TRIAL CONFERENCE** |

　　　　The Court is in receipt of the letter submitted by Plaintiff's counsel, Solomon Antar, requesting that the Court continue the deadline for filing the parties' Joint Pretrial Statement, which was due on August 21, 2014. (ECF 53) The Court finds good cause to do so.

　　　　The deadline to file the Joint Pretrial Statement is accordingly CONTINUED to September 4, 2014. The Final Pretrial Conference presently scheduled for September 4, 2014 is hereby CONTINUED to September 19, 2014 at 2:00 p.m. in Courtroom 3, 5th Floor, San Jose.

　　　　The jury trial in this case remains scheduled to begin on September 22, 2014 at 9:00 a.m.

　　　　**IT IS SO ORDERED.**

Dated: August 22, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge