UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISCOVER GROUP, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　　Defendant. | Case No.  12-cv-04077-BLF<br><br>**ORDER CONTINUING TRIAL AND PRETRIAL DATES** |

The Court is in receipt of the letter filed by counsel for defendant, James M. Altieri, on September 3, 2014.  (ECF 55)  As the parties have reached a settlement in principle, the Court finds good cause to continue the present trial and pretrial dates in order to give the parties sufficient time to finalize a settlement and file a stipulation of voluntary dismissal.

IT IS HEREBY ORDERED that the following revised schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Joint Pretrial Statement | 10/7/2014 |
| Final Pretrial Conference | 10/21/2014 at 2:30 p.m. |
| Trial | 11/3/2014 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: September 4, 2014

BETH LABSON FREEMAN
United States District Judge